UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ORTHOFIX, INC., PETER M. STEVENS, and MORPHOGRAPHICS, LC,<br><br>        Plaintiffs,<br><br>v.<br><br>ORTHOPEDIATRICS CORP.,<br><br>        Defendants. | 3:12-CV-01411-N |

DEFENDANT ORTHOPEDIATRICS CORP.'S
UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Defendant Orthopediatrics Corp. ("Orthopediatrics") files this Unopposed Motion to Withdraw as Counsel and respectfully requests that Robert C. Earle and the law firm of Fish & Richardson P.C. be permitted to withdraw herein as counsel of record for Orthopediatrics in the above-captioned matter. Orthopediatrics consents to this request and is currently represented by other counsel in this matter. No other changes are requested at this time regarding the other attorneys acting as counsel of record for Orthopediatrics.

UNOPPOSED MOTION TO WITHDRAW AS COUNSEL – Page 1

                                                Respectfully submitted,

Dated: June 21, 2012                   FISH & RICHARDSON P.C.

                                        By: */s/Robert C. Earle*
                                               Thomas M. Melsheimer
                                               Texas Bar No. 13922550
                                               melsheimer@fr.com
                                               Robert C. Earle
                                               Texas Bar No. 24002029
                                               earle@fr.com
                                               Michael A. Bittner
                                               Texas Bar No. 24064905
                                               bittner@fr.com
                                               FISH & RICHARDSON P.C.
                                               1717 Main Street, Suite 5000
                                               Dallas, TX 75201
                                               (214) 747-5070 (Telephone)
                                               (214) 747-2091 (Facsimile)
                                           **ATTORNEYS FOR**
                                           **DEFENDANT ORTHOPEDIATRICS CORP.**

## CERTIFICATE OF CONFERENCE

     Pursuant to Local Rule CV-7, I certify that I conferred with all counsel of record via e-mail on June 21, 2012, regarding the subject matter of this Motion. There was no opposition to the above motion.

                                               /s/*Robert C. Earle*
                                               Robert C. Earle

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 21, 2012, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                               /s/*Robert C. Earle*
                                               Robert C. Earle