UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ORTHOFIX, INC., PETER M. STEVENS, and MORPHOGRAPHICS, LC,**<br><br>　　　　　　**Plaintiffs,**<br><br>v.<br><br>**ORTHOPEDIATRICS CORP.,**<br><br>　　　　　　**Defendants.** | **3:12-CV-12411-N** |

# ORDER

On this day, came on to be considered Defendant Orthopediatrics Corp. ("Orthopediatrics") Unopposed Motion to Withdraw as Counsel. After considered said motion, the Court is of the opinion that said motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Robert C. Earle and the law firm of Fish & Richardson P.C. be allowed to withdraw and are hereby withdrawn as attorneys of record for Orthopediatrics in the above referenced matter and the clerk shall discontinue all CM/ECF notices in this matter to Robert C. Earle and the law firm of Fish & Richardson P.C.

Signed July 23, 2012.

_____
David C. Godbey
United States District Judge